## Eugene CASTLE v. BROWN CRACKER & CANDY COMPANY.

### No. 17491.

Supreme Court of Texas.

Oct. 15, 1930.

For opinion below, see Brown Cracker & Candy Co. v. Castle, 26 S.W.(2d) 435.

J. Cleo Thompson, of Dallas, and W. I. Gamewell, of Canyon City, for plaintiff in error.

Touchstone, Wight, Gormley & Price and Robert B. Holland, all of Dallas, for defendant in error.

#### PER CURIAM.

While we do not think judgment properly reversed on error in charge on measure of damages, because such objection not timely presented, yet the same was properly reversed on argument of counsel as to his knowledge of plaintiff's character.

The application for writ of error is accordingly dismissed for want of jurisdiction.

## Ed KASH v. H. CONRADS et al.

### No. 17477.

Supreme Court of Texas.

Oct. 15, 1930.

Cunningham, Moursund & Johnson, of San Antonio, and R. E. McKie, of San Marcos, for plaintiff in error.

Will G. Barber and T. C. Johnson, Jr., both of San Marcos, for defendants in error.

#### PER CURIAM.

We do not think the opinion of the Court of Civil Appeals [26 S.W.(2d) 732] should be interpreted as holding that defendants in error were entitled to recover regardless of whether damages were actually sustained by them.

The application for writ of error is refused.